**CLOSED**

NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IONA SMITH, | : | **Hon. Dennis M. Cavanaugh** |
|  | : |  |
| Plaintiff, | : | **ORDER** |
|  | : |  |
| v. | : | Civil Action 05-CV-5873 (DMC) |
|  | : |  |
| KIM JOHNSON, COLLINS IJOMA, | : |  |
| RICKY SCOTT, SIGFRIEDO CARRION, | : |  |
| MARC FEINSTEIN, MIA GARRET, | : |  |
| ALFRED RESTANINO, ELLEN QUINN, | : |  |
| MICHELLE PRIARONE, HLOYE | : |  |
| COURAN, | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Kim Johnson, Collins Ijoma, Ricky Scott,

Sigriedo Carrion, Marc Feinstein, Mia Garret, Alfred Restanino, Ellen Quinn, Michelle Priarone and

Hloye Couran  (collectively, "Defendants") for summary judgment  pursuant to Fed. R. Civ. P. 56; and

after further reviewing all submissions; and for the reasons stated in its Opinion issued on this day;

IT IS on this   2nd   day of July, 2008;

**ORDERED** that Defendants' motion for summary judgment is **granted**.


 S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:     Clerk
cc:             All Counsel of Record
                 Hon. Mark Falk, U.S.M.J.
                 File